[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-13881

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

QUONTAVIUS MARKEESE HILL,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:23-cr-00006-LAG-TQL-3

————————————

2                    Opinion of the Court                    23-13881

Before JORDAN, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Hill's plea agreement is GRANTED, and we DISMISS with prejudice his challenges to his sentence. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error). We DISMISS without prejudice his claim of ineffective assistance of counsel so that, pursuant to an exception in his appeal waiver provision, he may further develop a factual record as to this issue in a motion under 28 U.S.C. § 2255, if he so chooses. *See United States v. Patterson*, 595 F.3d 1324, 1328-29 (11th Cir. 2010) (holding that, although a claim of ineffective assistance of counsel may be raised on direct appeal, we will rarely consider such a claim unless the record is sufficiently developed, meaning that the district court had an opportunity to entertain the claim and develop a factual record).